# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

67

KA 11-02321

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                ORDER

JOHN C. TOWNLEY, ALSO KNOWN AS JOHN TOWNLEY,
DEFENDANT-APPELLANT.

---

CHARLES J. GREENBERG, AMHERST, FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered October 17, 2011. The judgment convicted
defendant, upon his plea of guilty, of driving while intoxicated, a
class E felony.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: February 1, 2013                    Frances E. Cafarell
                                             Clerk of the Court